IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **YESICA ARMENDARIZ,** | 3:13-CV-00590-BR |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| **ACE CASH EXPRESS, a foreign corporation, dba ACE CASH ADVANCE,** | |
| Defendant. | |

    Based on the Court's Opinion and Order issued July 19, 2013, this matter is **REMANDED** to Multnomah County Circuit Court.

    IT IS SO ORDERED.

    DATED this 19th day of July, 2013.

                                             /s/ Anna J. Brown

                                             ANNA J. BROWN
                                             United States District Judge