IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**YESICA ARMENDARIZ,**                    3:13-CV-00590-BR

    **Plaintiff,**                         **JUDGMENT OF REMAND**

**v.**

**ACE CASH EXPRESS, a foreign corporation, dba ACE CASH ADVANCE,**

    **Defendant.**

    Based on the Court's Opinion and Order issued July 19, 2013, this matter is **REMANDED** to Multnomah County Circuit Court.

    IT IS SO ORDERED.

    DATED this 19th day of July, 2013.

                                /s/ Anna J. Brown

                                ANNA J. BROWN
                                United States District Judge

1 - JUDGMENT OF REMAND